UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------

THOMAS BABA, et al,
*on behalf of themselves, FLSA Collective Plaintiffs,
and Class members,*

**Plaintiffs,**

-against-

BEVERLY HILLS CEMETERY CORPORATION,
INC., et al,

**Defendants.**

------------------------------------

Case No. 15-cv-5151

**ORDER**

It is hereby ORDERED as follows:

(1) The Court grants conditional certification of the FLSA claim as a representative collective action pursuant to 29 U.S.C. § 216(b) on behalf of all individuals who are or were employed as a Family Service Counselor or Advanced Planning Counselor by Beverly Hills Cemetery Corporation, Inc. ("Beverly Hills") at Rose Hills Memorial Park located at 101 Mill Street, Putnam Valley, New York 10579, at any time between July 1, 2012 and the present (collectively, the "Covered Employees").

(2) The Court approves the distribution of the proposed Notice of Pendency of Lawsuit Regarding Wages ("Notice"), including the Consent to Sue form enclosed therewith, to Covered Employees.

(3) Within 10 days of this Order, Beverly Hills must produce in Excel format the names, title, last known mailing address, and last known telephone number of all Covered Employees.

(4)     The Court approves the posting of the Notice, including the Consent to Sue form, in a conspicuous location at Rose Hills Memorial Park.

SO ORDERED

_____          11/20/2015
Hon. Colleen McMahon, U.S.D.J.         Dated