UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS BABA, et al.,

    Plaintiffs,

-against-

BEVERLY HILLS CEMETERY CORP., INC.,

    Defendant.

15 Civ. 05151 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court held a discovery conference on January 14, 2016 to address the dispute raised by plaintiff's letter to the Hon. Colleen McMahon on January 7, 2016 (Dkt. No. 47) and further described in the parties' simultaneous letter-briefs on January 12, 2016 (Dkt. Nos. 52, 53). In accordance with the Court's oral ruling, plaintiff's pre-certification discovery requests for individualized personnel records, individualized payroll records, and other individualized wage and hour documentation are limited to the named plaintiff and any current or future opt-in plaintiffs. Absent further order of the Court, defendant need not produce such information with respect to other putative class members. Nothing herein prevents plaintiff from seeking aggregate or summary information relevant to class certification.

Dated: New York, New York
       January 15, 2016

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

Copies to:
All counsel (via ECF)