UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THOMAS BABA, JOHN DOE (NEW YORK),
JOHN DOE (MICHIGAN), and JOHN DOE (INDIANA),
*on behalf of themselves,*
*FLSA Collective Plaintiffs, and Class Members,*       Docket No. 15-CV-5151 (CM)

                              *Plaintiffs,*
        -*against*-                                                   **NOTICE OF**
                                                                                     **ACCEPTANCE OF**

BEVERLY HILLS CEMETERY CORPORATION, INC.,        **OFFER OF JUDGMENT**
FUTURA GROUP, LLC,
INDIANA MEMORIAL GROUP LLC,
MIDWEST MEMORIAL GROUP LLC,
DAVID SHIPPER,
AARON SHIPPER,
IRWIN SHIPPER,
and AMANDA BOLLI

                                *Defendants.*
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/16

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, THOMAS BABA, and Opt-in Plaintiffs, JOHN KOBECK, KIM BROPHY, MAUREEN HILDEBRAND, JESSE GOLDSTEIN, and MARTIN SHAPIRO hereby accept and provide notice that they have accepted Defendant's Offer of Judgment to Plaintiff and Opt-in Plaintiffs dated March 15, 2015 and annexed hereto as Exhibit "A."

**MEMO ENDORSED**

Dated: New York, New York
           March 18, 2015

                                                Respectfully submitted,
                                                LEE LITIGATION GROUP

                                           By: _____
                                              C.K. Lee
                                              *Attorneys for Plaintiffs*
                                              30 East 39th Street, 2nd Floor
                                              New York, New York 10016
                                              Telephone:(212)465-1188
                                              Facsimile: (212)465-1181

3/18/2016 [handwritten note, partially illegible]: Does this not have to be approved? It is the [illegible] equivalent [signature]